AYALA, APPELLANT, *v.* FERNÁNDEZ, APPELLEE.

District Court of Ponce.

Action of Debt.

No. 2683.—Decided June 16, 1922.

The court·below weighed the evidence and dismissed the complaint with costs; and it appearing that the evidence was insufficient, the judgment was affirmed.—Mr. Justice Franco Soto delivered the opinion of the court.